UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Puckmaster, Inc., a Minnesota
corporation, Blaine Manufacturing, Inc.,

       Plaintiffs,                                   Civil No. 05-860 (RHK/AJB)

vs.                                             **ORDER**

Neff Power, Inc., a Missouri corporation,
Neff Press, Inc., a Missouri corporation,

       Defendants.

       The parties' summary judgment motions are referred to Magistrate Judge Arthur J. Boylan for recommended dispositions. The July 24, 2005 hearing before the undersigned is **CANCELED** and Judge Boylan will advise counsel of a new hearing date if he determines to have oral argument. Briefing of the pending motions shall be completed as if the original July 24th hearing date had <u>not</u> been canceled.

Dated: July 5, 2005

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge