**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Puckmaster, Inc., et al.,

        Plaintiffs,

v.

Neff Power, Inc., et al.,

        Defendants.

Civil No. 05-860 (RHK/AJB)

**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation of Dismissal signed by counsel representing the parties in the above-entitled action, electronically filed with the Court on August 11, 2006, **IT IS ORDERED** that said action is hereby **DISMISSED WITH PREJUDICE**, and without costs, fees or disbursements to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 15, 2006:

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge